Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____   FILED30 MAY '19 16:18USDC-ORP

_____ Division

Susan Maces-Chavela
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

[scribbled out] God
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:19-CV-842-SI
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Susan Marcos-Chavela
Street Address: 627 18th AVE NW M-41
City and County: Portland, Oregon
State and Zip Code: 97209
Telephone Number: 503-248-6361
E-mail Address: marcoschavelasusan@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: God The Creator Heaven + Earth
Job or Title (if known): The Creator
Street Address: Park Ave Hyatt Regency
City and County: New York, New York
State and Zip Code:
Telephone Number: A.K.A. John Pritzker
E-mail Address (if known):

**Defendant No. 2**

Name: IRS
Job or Title (if known): Department of Treasury
Street Address: Internal Revenue Service
City and County: Austin, Texas
State and Zip Code: 73301-0215
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**

Name: Estate of Mattie Manley
Job or Title (if known): former Mother n Law
Street Address: 6101 Ohio Drive
City and County: Apt 1328
State and Zip Code: Plano, Texas 75024
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name: Estate of Irene Amsel
Job or Title (if known): Surrogate
Street Address: 516 3rd Ave
City and County: Seattle, Wa.
State and Zip Code: 98104
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*U.S. law based on Ten Commandments and English Common law is violated by god. Withholding information to people living. Stewardship of allocation of time + taxes*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

*IRS taxing my share of house profits calculating + Matt's Mantry Tim Sewalt contract to buy out of estate in Lejeune + early wages to Captain Loss of Consortium*

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* ___Jonathan Chaulk___, is a citizen of the
    State of *(name)* ___Oregon___.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated
    under the laws of the State of *(name)* _____
    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* ___Jesci - Duchy___, is a citizen of
    the State of *(name)* ___all___. Or is a citizen of
    *(foreign nation)* ___all___.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Trillions

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

God disguised as John Pritzker (in lawfirm Jewsmin adjuter for Engell) misrepresents my business interests ad Hyatt Corp w/ three adopted sons lien Chicago. Lawyers manage w/ total creep Dave Munley (4th wife) a defunct pre-nupt Can put w/o my personal knowledge –

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Me – Total Conduct w/ Advisor Marakula Jukes t redum loot – Bank Accounts – Includes Property Matthew Manitsky – Stg any funny children (20) much dollars Irene Amsel – sty any fun my child 900 million dollars

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 29, 2019

Signature of Plaintiff

Printed Name of Plaintiff: Susan Mancos-Church

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address